IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| MICHAEL JOHNSON, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| CAROLYN W. COLVIN, Acting | *   No. 3:13CV00171-JJV |
| Commissioner, Social Security | * |
| Administration | * |
| | * |
| Defendant. | * |

## **ORDER**

The foregoing unopposed "Motion for Remand for Further Administrative Proceedings" of the Commissioner (Doc. No. 16) having been considered:

IT IS ORDERED, ADJUDGED, AND DECREED that this action is remanded to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405 (g) in order for the Appeals Council to remand this case to an Administrative Law Judge. Upon remand, the ALJ will reassess the claim and determine whether all the requirements are met to find the claimant disabled as of the application date, and issue a new decision with sufficient legal explanation based on the evidence of record.

IT IS SO ORDERED this 13th day of March, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE