IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL JOHNSON,                           *
                                           *
        Plaintiff,               *
v.                                         *
                                           *
CAROLYN W. COLVIN, Acting                  *     No. 3:13CV00171-JJV
Commissioner, Social Security              *
Administration                             *
                                           *
        Defendant.               *

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is remanded for action consistent with the Order in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 13th day of March, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE